UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 25-1444-GW-AYPx | Date | May 28, 2026 |
|---|---|---|---|
| Title | *G & G Closed Circuit Events, LLC v. Robert Drieslein, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On May 27, 2026, Plaintiff G & G Closed Circuit Events, LLC filed a Notice of Settlement [43]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed by July 10, 2026. The Court sets an order to show re: settlement hearing for July 13, 2026 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss - and proposed order - is filed by noon on July 10, 2026.

:

Initials of Preparer   JG

CV-90 (06/04)                    **CIVIL MINUTES - GENERAL**                    Page 1 of 1