JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **G & G Closed Circuit Events, LLC,** | **CASE NO. SACV 25-1444-GW-AYPx** |
| **Plaintiff,** | **ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ROBERT ALEXANDER DRIESLEIN AND BOBBY DEE PRESENTS, LLC** |
| **vs.** | |
| **Robert Alexander Drieslein, et al** | |
| **Defendants.** | |

   **IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants ROBERT ALEXANDER DRIESLEIN and BOBBY DEE PRESENTS, LLC that the above-entitled action is hereby dismissed *with prejudice* against ROBERT ALEXANDER DRIESLEIN and BOBBY DEE PRESENTS, LLC*, and the action, in its entirety*.

**[Proposed] ORDER GRANTING**
**STIPULATION OF DISMISSAL**
**Case No. 8:25-cv-01444-GW-AYP**
**PAGE 1**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

Dated: July 10, 2026

_____
**HON. GEORGE H. WU,**
**United States District Judge**

**[Proposed] ORDER GRANTING**
**STIPULATION OF DISMISSAL**
**Case No. 8:25-cv-01444-GW-AYP**
**PAGE 2**